NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE VEGAS AMUSEMENT, INC.**

---

2012-1279
(Reexamination No. 90/011,023)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

MICHAEL E. DERGOSITS, Dergosits & Noah, LLP, of San Francisco, California, argued for the appellant. With him on the brief was IGOR SHOIKET.

FARHEENA Y. RASHEED, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and LYNNE E. PETTIGREW, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk